IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION - COLUMBUS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| BRUCE A. STOUGHT | ) | CASE NO. 10-63132 |
| ROBIN A. STOUGHT | ) | |
| Debtors | ) | JUDGE C. KATHRYN PRESTON |

**RESPONSE OF BENEFICIAL FINANCIAL I INC.
TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT, Docket #57**
Re: 3070 West Case Road, Dublin, Ohio 43017

Now comes BENEFICIAL FINANCIAL I INC., Successor by Merger to Beneficial Ohio Inc., hereinafter referred to as "BENEFICIAL", by and through its attorney, and pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), files its Response to the Trustee's Notice of Final Cure Payment [docket #57] which was filed with this Court on June 15, 2015.

According to the records of BENEFICIAL, Proof of Claim #12 was filed on behalf of Beneficial Ohio Inc. on December 15, 2010 reflecting pre-petition arrearages of $27,290.36 to be paid on a balance of $151,459.07. The arrears listed in Proof of Claim #12 have been paid in full by the Chapter 13 Trustee.

WHEREFORE, BENEFICIAL states that it agrees that the Trustee has paid the amounts required to cure the default on this claim at the time of filing. BENEFICIAL further states that the on-going post-petition mortgage payments were also made by the Trustee up to and including June 2015, and as of the date of the filing of this Response, the loan is contractually and post-petition current with no outstanding post-petition fees. Payments from July 2015 forward are to be paid directly to BENEFICIAL by the Debtors.

Respectfully submitted,

/s/ Edward A. Bailey
REIMER, ARNOVITZ, CHERNEK & JEFFREY
Edward A. Bailey #0068073
Scott P. Ciupak #0076117
Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
440-600-5500  - Fax 440-600-5521
ebailey@reimerlaw.com
Attorneys for BENEFICIAL

CERTIFICATE OF SERVICE

I certify that on July 1, 2015, I electronically filed the foregoing Response to the Trustee's Notice of Final Cure Payment with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following who are listed on the Court's Electronic Mail Notice List:

1. Office of the U.S. Trustee
   ustpregion09.cb.ecf@usdoj.gov

2. Frank M. Pees, Chapter 13 Trustee
   trustee@ch13.org

3. Christopher J. Spiroff, Esq., Attorney for Debtors
   ecf@spirofflaw.com

I further certify that the following were served by mailing the same by ordinary U.S. mail, postage prepaid, to the persons listed below, on the date set forth above:

4. Bruce A. Stought
   Robin A. Stought, Debtors
   3070 West Case Road
   Dublin, Ohio 43017

/s/ Edward A. Bailey
REIMER, ARNOVITZ, CHERNEK & JEFFREY
Edward A. Bailey #0068073
Scott P. Ciupak #0076117
Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
440-600-5500
Fax 440-600-5521
ebailey@reimerlaw.com
Attorneys for BENEFICIAL